**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES HAGAN,<br><br>                    Plaintiff/Relator,<br><br>         v.<br><br>NORTHLAND ASSOCIATES, INC., THE DIVERSE CONSTRUCTION GROUP, LLC and JAMES TYLER,<br><br>                    Defendants. | Case No.  5:17-cv-036 (GTS/TWD) |
| UNITED STATES OF AMERICA *ex rel.* JAMES HOHM,<br><br>                    Plaintiff/Relator,<br><br>         v.<br><br>NORTHLAND ASSOCIATES, INC., NORTHLAND/JDS CONSTRUCTION, JAMES M. TYLER, and THE DIVERSE CONSTRUCTION GROUP, LLC,<br><br>                    Defendants. | Case No.  5:18-cv-516 (GTS/TWD) |

## **ORDER**

The United States of America, having intervened in these False Claims Act *qui tam* cases, it is hereby ORDERED that:

1. All documents in the above-captioned cases be unsealed **except** for the United States' *ex parte* applications for extensions of the seal period;

2. The seal be lifted on all matters occurring in these cases after this Order is entered;

3. These cases be administratively closed;

4. The United States provide a copy of this Order to all parties; and

5. After the United States receives payment per the terms of the Settlement Agreement, the parties shall promptly file a Joint Stipulation of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

May  1 , 2020

Hon. Glenn T. Suddaby
Chief U.S. District Judge